| CO. | FILE | DEPT | CLOCK | VCHR NO. | 130 |
|---|---|---|---|---|---|
| CSK | 300349 | 060302 | 11300 | 0000230084 | 1 |

# Earnings Statement

**ADP**

GREAT WHITE PRESSURE CONTROL LLC
4500 SE 59TH STREET
OKLAHOMA CITY, OK 73135

Period Beginning: 05/12/2012
Period Ending: 05/25/2012
Pay Date: 06/08/2012

00000000084
**ANTOINE EPPS**

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0,$100 Additional Tax
  TX:   No State Income Tax

Social Security Number:

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 114.00 | 1,881.00 | 12,441.00 |
| Overtime | 24.7500 | 73.00 | 1,806.75 | 15,419.25 |
| Job Bonus | | | 1,200.00 | 10,800.00 |
| Holiday | | | | 264.00 |
| **Gross Pay** | | | **$4,887.75** | 38,924.25 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -1,185.48 | 9,429.87 |
| | Social Security Tax | -204.02 | 1,624.09 |
| | Medicare Tax | -70.44 | 560.70 |
| | **Other** | | |
| | Checking | -2,529.95 | |
| | Checking | -600.00 | |
| | Child Support | -265.38 | 530.76 |
| | Dental | -5.54* | 47.08 |
| | Ee Vol Life | -2.44 | 20.72 |
| | Medical | -22.15* | 188.30 |
| | Vision | -2.35* | 20.00 |
| | Miscellaneous | | 20.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$4,857.71

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

GREAT WHITE PRESSURE CONTROL LLC
4500 SE 59TH STREET
OKLAHOMA CITY, OK 73135

Advice number:   00000230084
Pay date:   06/08/2012

**Deposited to the account of**
**ANTOINE EPPS**

| account number | transit ABA | amount |
|---|---|---|
| | XXXX  XXXX | $2,529.95 |
| | XXXX  XXXX | $600.00 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.