UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § | CIVIL ACTION NO. 3:12-cv-00374 |
| Plaintiffs, | § § | |
| V. | § § | |
| GREAT WHITE PRESSURE CONTROL, LLC, | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## PLAINTIFFS' DECEMBER 27, 2012 NOTICE OF FILING OF CONSENT

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits this written Notice of Consent:

1. Dustin Guidry

        Respectfully submitted,

        KENNEDY HODGES, L.L.P.

        By: /s/ Galvin B. Kennedy
            Galvin B. Kennedy
            gkennedy@kennedyhodges.com
            State Bar No. 00796870
            Federal Bar No. 20791
            711 W. Alabama St.
            Houston, TX 77006
            Telephone: (713) 523-0001
            Facsimile: (713) 523-1116

        LEAD ATTORNEY IN CHARGE FOR
        PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116