UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated,** § § § § § **Plaintiffs,** § § **V.** § § **GREAT WHITE PRESSURE CONTROL, LLC,** § § § **Defendants.** § | **CIVIL ACTION NO. 3:12-cv-00374** **JURY TRIAL DEMANDED** |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Antoine Epps and Eduardo Gonzales (hereinafter "Plaintiffs"), on Behalf of Themselves and on Behalf of All Others Similarly Situated, hereby certify the following to be parties, associations of parties, firms, partnerships, corporations, affiliates, parent corporations, or other entities known to them to be financially interested in the outcome of the litigation in this case.

1. Antoine Epps, Plaintiff;

2. Eduardo Gonzales, Plaintiff;

3. All other similarly situated workers of the Defendants;

4. Galvin B. Kennedy, Kennedy Hodges, L.L.P., counsel for Plaintiffs;

5. Beatriz Sosa-Morris, Kennedy Hodges, L.L.P., of counsel for Plaintiffs; and

6. Great White Pressure Control, LLC, Defendant.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ Galvin B. Kennedy
    Galvin B. Kennedy
    Gkennedy@kennedyhodges.com
    State Bar No. 00796870
    Federal Bar No. 20791
    Kennedy Hodges, L.L.P.
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

ATTORNEY IN CHARGE FOR PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
Bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
Kennedy Hodges, L.L.P.
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116