UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-00374 |
| Plaintiffs, | | |
| V. | | |
| GREAT WHITE PRESSURE CONTROL, LLC, | | JURY TRIAL DEMANDED |
| Defendant. | | |

## PLAINTIFFS' AUGUST 23, 2013 NOTICE OF FILING OF CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit these written Notice of Consents:

1. Rodney E. Yoakum
2. Steven Hillard

                                        Respectfully submitted,

                                        KENNEDY HODGES, L.L.P.

                                        By: /s/ Galvin B. Kennedy
                                              Galvin B. Kennedy
                                              gkennedy@kennedyhodges.com
                                              State Bar No. 00796870
                                              Federal Bar No. 20791
                                              711 W. Alabama St.
                                              Houston, TX 77006
                                              Telephone: (713) 523-0001
                                              Facsimile: (713) 523-1116

                                        LEAD ATTORNEY IN CHARGE FOR
                                        PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

    I certify that this document was served on all parties on August 23, 2013 via the Southern District's CM/ECF system.

    /s/ Beatriz Sosa-Morris
    Beatriz Sosa-Morris