UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-00374 |
| V. | § § | |
| GREAT WHITE PRESSURE CONTROL, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## PLAINTIFFS' JANUARY 30, 2014 NOTICE OF FILING OF CONSENT

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit these written Notice of Consents:

1. Brice Reagan
2. Carlos Baladez
3. Chad R. Barnhart
4. Concepcion Jose Serna
5. Daniel Davis
6. David Snow
7. Derrick Shepard
8. Eric Vasquez
9. Grayson herbert
10. James Roark
11. Jeffrey Mcleod
12. Jeremy Patin
13. Joel Stanley
14. Jonather Sam
15. Jose Baladez
16. Joshua Alldredge
17. Michael Whitmire
18. Micheal Embree
19. Richard Hitt, Jr.
20. Robert Smith
21. Russell Webb
22. Samuel Joseph
23. Sean Douglas
24. Shawn O'Dell

25. Stanley Duley
26. William Stark

          Respectfully submitted,

          KENNEDY HODGES, L.L.P.

          By: /s/ Galvin B. Kennedy
              Galvin B. Kennedy
              gkennedy@kennedyhodges.com
              State Bar No. 00796870
              Federal Bar No. 20791
              711 W. Alabama St.
              Houston, TX 77006
              Telephone: (713) 523-0001
              Facsimile: (713) 523-1116

          LEAD ATTORNEY IN CHARGE FOR
          PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

    I certify that this document was served on all parties on January 30, 2014 via the Southern District's CM/ECF system.

          /s/ Beatriz Sosa-Morris
          Beatriz Sosa-Morris