UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-00374 |
| V. | § § | |
| GREAT WHITE PRESSURE CONTROL, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## PLAINTIFFS' JUNE 2, 2014 NOTICE OF FILING OF CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit these written Notice of Consents:

1. Adrian Walls;
2. Arthur Kelly;
3. Brent Nalls;
4. Carlos A. Salinas;
5. Carlos Molina;
6. Charles D. Trussell Jr.;
7. Cody Stepherson;
8. Corey Duckett;
9. David Allen;
10. Derek Bourg;
11. Gilberto Cruz;
12. Hector Vallejo;
13. Humberto Olvera;
14. Jacob Hipp;
15. Jaime Hernandez;
16. James Wine;
17. Jared Spiteri;
18. Jed Franzier;
19. Jerry D. Kraus;
20. Johnny Garcia;
21. Jonathan N. White;
22. Joshua Shields;

23. Lawrence Hamm;
24. Marcos Villa;
25. Mark Morrison;
26. Matthew Berkshire;
27. Michael D. Pazzula;
28. Michael Moore;
29. Michael Wayne Maseda;
30. Pedro Camarillo Jr.;
31. Phillip Morin;
32. Rene Bryand;
33. Richard Eugene Daniel Jr.;
34. Robert Villafuerte Jr.;
35. Romel Noe Sandoval Jr.;
36. Shawn J. Cormier;
37. Smithson David G.;
38. Thomas E. Rock;
39. Travis Brek Skelton;
40. Travis Migues;
41. Trent O'Neal;
42. Trevin Thibodeaux;
43. Wade Scull; and
44. Zachary A. Roth.

    Respectfully submitted,

    KENNEDY HODGES, L.L.P.

    By: /s/ Galvin B. Kennedy
        Galvin B. Kennedy
        gkennedy@kennedyhodges.com
        State Bar No. 00796870
        Federal Bar No. 20791
        711 W. Alabama St.
        Houston, TX 77006
        Telephone: (713) 523-0001
        Facsimile: (713) 523-1116

    LEAD ATTORNEY IN CHARGE FOR
    PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

      I certify that this document was served on all parties on June 2, 2014 via the Southern District's CM/ECF system.

                                  /s/ Beatriz Sosa-Morris
                                  Beatriz Sosa-Morris