# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Adrian Walls_

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _Adrian Walls_    Date Signed: _5-25-14_

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Arthur Kelly_

1.     I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.     I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.     I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: _5-23-14_

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Brent Nalls_

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _B— Nalls_　　　　Date Signed: _5 · 14 · 14_

## CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC. et al.*: In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: *Carlos A Salinas*

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: *5-16-14*

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Carlos Molina_

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: _05.12.14_

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374: *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Charles D. Trussell, Jr.

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: 5/29/2014

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Cody Stephenson_

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: _5/13/14_

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Corey Duckett_

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: ___5-13-14___

# CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: David Allen

1.      I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.      I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.      I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: 5-14-14

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, February 18, 2014.**

Print Name: __Derek Bourg__

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: _____05/19/2014_____

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division,

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014**

Print Name: _Gilberto   Cruz_

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _Gilberto   C_          Date Signed: _05-16-2014_

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Hector Vallejo_

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _Hector Vallejo_        Date Signed: _5-25-2014_

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Humberto Olvera

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.


Signature: Humberto Olvera    Date Signed: 5/27/2014

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Jacob Hipp

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5 - 15 - 14

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: __Jaime Hernandez__

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: __5-20-14__

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, L.L.C., et al.* In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _James Wine_

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: _5/16/14_

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Jared Spiteri_____

1.      I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.      I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.      I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: ___*Jared Spiteri*___ Date Signed: _06/01/2014_____

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, February 18, 2014.**

Print Name:  __Jed frazier_____

1.      I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.      I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.      I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: _____5/27/2014_____

# CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Jerry D. Kraus

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: 5/12/14

# CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Johnny Garcia_

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: _5/13/14_

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.* In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Jonathan M. White

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5-14-2014

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Joshua L. Shields_

1.   I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.   I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.   I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.   I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: __05/21/2014__

## CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Con* the United States District Court for the Southern District of Texas, Galveston Divis

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: *Lawrence Hamm*

1.     I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.     I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.     I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: _5-13-14_

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Marcos Villa_

1.     I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.     I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.     I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _Marcos W Villa_    Date Signed: _5-15-14_

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: *Mark Morrison*

1.     I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.     I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.     I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: 5-13-14

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: *Matthew Beckshire*

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: *Matthew Beckshire*　　　　Date Signed: 5-14-14

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.* In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Michael D Pazzula

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5/15/2019

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Michael Moore

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____ Date Signed: 5-17-14

**CONSENT TO JOIN GREAT WHITE
OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Michael Wayne Maseda_

1.      I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.      I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.      I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _Michael Maseda_                    Date Signed: _5-17-14_

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: PEDRO Camarillo Jr

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5-15-2014

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: __Phillip Morin__

1.　　I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.　　I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.　　I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.　　I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: __Phillip Morin__　　Date Signed: __6-18-14__

# CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Cont*
the United States District Court for the Southern District of Texas, Galveston Divisio...

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: RENE BRYAN d

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be
bound by the Court's judgment, and I understand that I will be bound by any settlement that
may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute
my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the
method and manner of conducting this litigation, the terms of any potential settlement of this
litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding
attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: ___5/18/14___

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Richard Eugene Daniel Jr._

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtir

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____  Date Signed: _5/13/12_____

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Robert Villafuerte Jr.

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid ove

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5/15/14

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.* In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Romel Noe Sandoval Jr

1.  I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.  I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.  I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____     Date Signed: 5/14/14

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Shawn J. Cormier

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: Shawn J Cormier          Date Signed: 5-13-14

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Smithson David G.

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5-22-2014

**CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT**

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Thomas E. Rock

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid ov~~...~~

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: Thomas E. Rock          Date Signed: 5-13-14

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division/

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: *Travis Brek Skelton*

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: ___5-16-14___

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division;

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Travis Migues

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: May 14, 2014

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Trent O'Neal

1. I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3. I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5. I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: Trent O'Neal          Date Signed: 5/14/14

## CONSENT TO JOIN GREAT WHITE
## OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division.

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Trevin Thibodeaux

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act. I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5-12-14

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC, et al.*; In the United States District Court for the Southern District of Texas, Galveston Division}

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: Wade Scull

1.    I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.    I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.    I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.    I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____    Date Signed: 5-13-2014

# CONSENT TO JOIN GREAT WHITE OVERTIME LAWSUIT

Civil Action No. 3:12-cv-00374; *Antoine Epps, et al. v. Great White Pressure Control, LLC. et al.*: In the United States District Court for the Southern District of Texas, Galveston Division

Court-imposed deadline to return this Consent Form is **Tuesday, July 8, 2014.**

Print Name: _Zachary A. Roth_

1.      I consent, agree and opt-in to the lawsuit to pursue my claims of unpaid overtime.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act.  I consent to be bound by the Court's judgment, and I understand that I will be bound by any settlement that may be negotiated on behalf of all parties.

3.      I designate the law firm and attorneys at Kennedy Hodges, L.L.P. as my attorneys to prosecute my wage claims.

5.      I consent to the named Plaintiffs in the lawsuit making all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, the entering of an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _____   Date Signed: _5/12/14_____