UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-00374 |
| V. | § § | |
| GREAT WHITE PRESSURE CONTROL, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## PLAINTIFFS' JULY 11, 2014 NOTICE OF FILING OF CONSENTS

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit these written Notice of Consents:

1. Joe Valderrama; and
2. Hector Alonso Vallejo.

    Respectfully submitted,

    KENNEDY HODGES, L.L.P.

    By: /s/ Galvin B. Kennedy
       Galvin B. Kennedy
       gkennedy@kennedyhodges.com
       State Bar No. 00796870
       Federal Bar No. 20791
       711 W. Alabama St.
       Houston, TX 77006
       Telephone: (713) 523-0001
       Facsimile: (713) 523-1116

    LEAD ATTORNEY IN CHARGE FOR
    PLAINTIFFS AND CLASS MEMBERS

OF COUNSEL:
Beatriz Sosa-Morris
bsosamorris@kennedyhodges.com
State Bar No. 24076154
Federal Bar No. 1552137
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

### CERTIFICATE OF SERVICE

I certify that this document was served on all parties on July 11, 2014 via the Southern District's CM/ECF system.

/s/ Beatriz Sosa-Morris
Beatriz Sosa-Morris