UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:12-CV-00374 |
| vs. | § § | |
| GREAT WHITE PRESSURE CONTROL LLC, | § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiffs and Defendant notify the Court that the parties have reached an agreement to resolve this matter.  The parties anticipate preparing and submitting a motion for approval of the settlement agreement terms in the next 30 days.

The purpose of the settlement is to resolve disputed claims.  Neither party admits to any liability and all liability is expressly denied.

**Attorneys for Plaintiffs:**

**/s/ Galvin Kennedy**
Galvin Kennedy (Attorney in Charge)
State Bar No. 00796870
Federal ID No. 20791
E-mail: gkennedy@kennedyhodges.com
Don J. Foty (Of Counsel)
Beatriz Sosa-Morris (Of Counsel)
State Bar No. 24076154
E-mail: bsosamorris@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama St.
Houston, Texas 77006
Tel. (713) 523-0001
Fax. (713) 523-1116

**COUNSEL FOR PLAINTIFFS AND
CLASS MEMBERS**

**Attorneys for Defendant:**

**/s/ Michael J. Muskat**
Michael J. Muskat (Attorney in Charge)
State Bar No. 24002668
Federal ID No. 22816
Email: MMuskat@m3law.com
Muskat, Martinez & Mahony, LLP
1201 Louisiana St., Ste. 850
Houston, TX 77002
T:  (713) 987-7851
F:  (713) 987-7854

**COUNSEL FOR DEFENDANT GREAT
WHITE PRESSURE CONTROL LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2015, a copy of the foregoing has been

filed via the District Clerk's ECF system.

By: **/s/ Michael J. Muskat**
      Attorney for Defendant