UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:12-CV-374 |
| | § | |
| GREAT WHITE PRESSURE CONTROL | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has

been reached.  The case is **DISMISSED** without prejudice to the right of the

parties to move for reinstatement within ninety (90) days after the entry of this

order.

**It is so Ordered.**

SIGNED this 9th day of January, 2015.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation