UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANTOINE EPPS and EDUARDO GONZALES, on Behalf of Themselves and on Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:12-cv-00374 |
| | § | |
| V. | § § | |
| GREAT WHITE PRESSURE CONTROL, L.L.C., | § § § | |
| Defendant. | | |

## ORDER APPROVING SETTLEMENT

Before the Court is the Motion for Order Approving Settlement of FLSA Claims Pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was attached to the Motion, are a fair and reasonable resolution of a bona fide dispute between the FLSA Class Members (*i.e.*, the Named Plaintiffs and those individuals who filed and did not withdraw written consents to join this action, as identified by name on Exhibit A to the Settlement Agreement) and the Defendant, that the Attorney's Fees and Expenses Payment requested in the Motion is reasonable, that the Incentive Payments requested in the Motion are reasonable, and that the settlement of the claims as to the FLSA Class Members as set forth in the Settlement

Agreement is therefore approved. The Parties shall administer the settlement of the claims of the FLSA Class Members as set forth in the Settlement Agreement.

The claims of the FLSA Class Members are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**SO ORDERED**

DATE 4/14/15

_____
UNITED STATES DISTRICT JUDGE